IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-CR-78 |
| v. | ) | |
| | ) | JUDGES VARLAN/McCOOK |
| JASON FLENNIKAN, ET AL | ) | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Suzanne Sullivan, hereby makes her appearance as co-counsel in the above case on behalf of the United States of America, and requests to be included on all filing notices.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Suzanne H. Sullivan*
Suzanne H. Sullivan
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 225-1700
Suzanne.sullivan@usdoj.gov
N.Y. Bar No.: 3027208